Ted Poretz (*admitted pro hac vice*)
Email: tporetz@egsllp.com
Atul R. Singh (*admitted pro hac vice*)
Email: asingh@egsllp.com
ELLENOFF GROSSMAN & SCHOLE LLP
1345 Avenue of the Americas, 11th Floor
New York, NY 10105-0302
Tel: (212) 370-1330
Fax: (212) 370-7889

Peter J. Marshall (SBN 108536)
Email: pmarshall@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
1 Post Street, Suite 2750
San Francisco, CA 94104
Tel: (415) 489-4801
Fax: (415) 489-4820

Robert B. Ericson (SBN 115571)
Email: rericson@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
515 South Flower Street, Suite 2100
Los Angeles, CA 90071
Tel: (213) 688-0430
Fax: (213) 688-0440

*Attorneys for Plaintiff / Counterclaim Defendant Lorina, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LORINA, INC., a Florida Corporation, | Case Number: CV 13-3818 CRB |
| *Plaintiff / Counterclaim Defendant*, | |
| vs. | **STIPULATION AND ORDER OF DISMISSAL AS TO SAFEWAY UNDER FED. R. CIV. P. 41(a)** |
| REED'S, INC., a Delaware corporation, | |
| *Defendant / Counterclaim Plaintiff*, | Complaint filed: August 16, 2013 |
| and | Honorable Charles R. Breyer |

1

No.: CV-13-3818 CRB
Stipulation and [Proposed] Order of Dismissal As To Safeway Under Fed. R. Civ. P. 41(a)

| | |
|---|---|
| SAFEWAY INC., a Delaware corporation, | ) |
| | ) |
| *Defendant*. | ) |
| | ) |

Pursuant to Fed. R. Civ. P. 41(a), and in accordance with a settlement agreement arrived at between the parties named herein, Plaintiff / Counterclaim Defendant, Lorina, Inc. ("Lorina") and Defendant Safeway Inc. ("Safeway") hereby agree, through their undersigned counsel, to dismiss with prejudice all claims asserted against each other or that could have been asserted against each other in the above-captioned action. Lorina and Safeway further agree that they shall each bear their own costs and attorneys' fees, and that the Court shall retain jurisdiction to enforce the terms of their settlement agreement.

This Stipulation and [Proposed] Order of Dismissal As To Safeway shall not be construed to dismiss any claims asserted by Lorina in the Complaint against Defendant Reed's, Inc. ("Reed's").

                                                    Respectfully submitted,

Dated: December 20, 2013        /s/ Atul R. Singh
                                                    Ted Poretz (*admitted pro hac vice*)
                                                     Email: tporetz@egsllp.com
                                                     Atul R. Singh (*admitted pro hac vice*)
                                                     Email: asingh@egsllp.com
                                                     ELLENOFF GROSSMAN & SCHOLE LLP
                                                     1345 Avenue of the Americas, 11th Floor
                                                     New York, NY 10105-0302
                                                     Tel: (212) 370-1330
                                                     Fax: (212) 370-7889

                                                     Peter J. Marshall (SBN 108536)
                                                     Email: pmarshall@pldlawyers.com
                                                     PALMER, LOMBARDI & DONOHUE LLP
                                                     1 Post Street, Suite 2750
                                                     San Francisco, CA 94104
                                                     Tel: (415) 489-4801
                                                     Fax: (415) 489-4820

No.: CV-13-3818 CRB
Stipulation and [Proposed] Order of Dismissal As To Safeway Under Fed. R. Civ. P. 41(a)

|     |     |     |
| --- | --- | --- |
| 1   |     | Robert B. Ericson (SBN 115571) |
| 2   |     | Email: rericson@pldlawyers.com |
|     |     | PALMER, LOMBARDI & DONOHUE LLP |
| 3   |     | 515 South Flower Street, Suite 2100 |
|     |     | Los Angeles, CA 90071 |
| 4   |     | Tel: (213) 688-0430 |
| 5   |     | Fax: (213) 688-0440 |
| 6   |     | *Attorneys for Plaintiff / Counterclaim Defendant Lorina, Inc.* |
| 7   |     |     |
| 8   |     |     |
| 9   | Dated:  December 20, 2013 | /s/ Robert N. Phillips |
| 10  |     | Robert N. Phillips (SBN 120970) |
|     |     | Email: robphillips@reedsmith.com |
| 11  |     | Aaron R. Marienthal (SBN 273154) |
| 12  |     | Email: amarienthal@reedsmith.com |
|     |     | REED SMITH LLP |
| 13  |     | 101 Second Street, Suite 1800 |
|     |     | San Francisco, CA 94105-3659 |
| 14  |     | Tel: (415) 543-8700 |
| 15  |     | Fax: (415) 391-8269 |
| 16  |     | Theodore K. Bell (SBN 184289) |
|     |     | Email: tad.bell@safeway.com |
| 17  |     | SAFEWAY INC. |
| 18  |     | 5918 Stoneridge Mall Road |
|     |     | Pleasanton, CA 94588-3229 |
| 19  |     | Tel: (925) 467-2422 |
|     |     | Fax: (925) 467-3214 |
| 20  |     |     |
| 21  |     | *Attorneys for Defendant Safeway Inc.* |
| 22  |     |     |
| 23  | IT IS SO ORDERED |     |
| 24  | Dated:  January 10, 2014 |     |
| 25  |     | HON. CHARLES R. BREYER |
| 26  |     | UNITED STATES DISTRICT JUDGE |
| 27  |     |     |
| 28  |     |     |

[SEAL: United States District Court, Northern District of California — IT IS SO ORDERED — Judge Charles R. Breyer]

3

No.: CV-13-3818 CRB
Stipulation and [Proposed] Order of Dismissal As To Safeway Under Fed. R. Civ. P. 41(a)