Ted Poretz (*admitted pro hac vice*)
Email: tporetz@egsllp.com
Atul R. Singh (*admitted pro hac vice*)
Email: asingh@egsllp.com
ELLENOFF GROSSMAN & SCHOLE LLP
1345 Avenue of the Americas, 11th Floor
New York, NY 10105-0302
Tel: (212) 370-1330
Fax: (212) 370-7889

Peter J. Marshall (SBN 108536)
Email: pmarshall@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
1 Post Street, Suite 2750
San Francisco, CA 94104
Tel: (415) 489-4801
Fax: (415) 489-4820

Robert B. Ericson (SBN 115571)
Email: rericson@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
515 South Flower Street, Suite 2100
Los Angeles, CA 90071
Tel: (213) 688-0430
Fax: (213) 688-0440

*Attorneys for Plaintiff / Counterclaim Defendant Lorina, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LORINA, INC., a Florida Corporation, | ) |
| *Plaintiff / Counterclaim Defendant*, | ) Case Number: CV 13-3818 CRB ) |
| vs. | ) **STIPULATION AND [PROPOSED]** ) **ORDER OF DISMISSAL AS TO REED'S** ) **UNDER FED. R. CIV. P. 41(a)** |
| REED'S, INC., a Delaware corporation, | ) |
| *Defendant / Counterclaim Plaintiff*. | ) Complaint filed: August 16, 2013 ) |
| | ) Honorable Charles R. Breyer ) |

1

Pursuant to Fed. R. Civ. P. 41(a), and in accordance with a settlement agreement arrived at between the parties named herein, Plaintiff / Counterclaim Defendant, Lorina, Inc. ("Lorina") and Defendant / Counterclaim Plaintiff, Reed's, Inc. ("Reed's") hereby agree, through their undersigned counsel, to dismiss with prejudice all claims and counterclaims asserted against each other and that could have been asserted against each other in the above-captioned action. Lorina and Reed's further agree that they shall each bear their own costs and attorneys' fees, and that the Court shall retain jurisdiction to enforce the terms of their settlement agreement.

Respectfully submitted,

Dated: February 24, 2014

/s/ Atul R. Singh_____
Ted Poretz (*admitted pro hac vice*)
Email: tporetz@egsllp.com
Atul R. Singh (*admitted pro hac vice*)
Email: asingh@egsllp.com
ELLENOFF GROSSMAN & SCHOLE LLP
1345 Avenue of the Americas, 11th Floor
New York, NY 10105-0302
Tel: (212) 370-1330
Fax: (212) 370-7889

Peter J. Marshall (SBN 108536)
Email: pmarshall@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
1 Post Street, Suite 2750
San Francisco, CA 94104
Tel: (415) 489-4801
Fax: (415) 489-4820

Robert B. Ericson (SBN 115571)
Email: rericson@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
515 South Flower Street, Suite 2100
Los Angeles, CA 90071
Tel: (213) 688-0430
Fax: (213) 688-0440

*Attorneys for Plaintiff / Counterclaim Defendant Lorina, Inc.*

2

No.: CV-13-3818 CRB
Stipulation and [Proposed] Order of Dismissal As To Reed's Under Fed. R. Civ. P. 41(a)

Dated:  February 24, 2014          /s/ R. Joseph Trojan_____
R. Jospeh Trojan (SBN 137067)
Email: trojan@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Tel: (310) 777-8399 Fax: (310) 777-8348

*Attorneys for Defendant / Counterclaim Plaintiff Reed's, Inc.*

IT IS SO ORDERED

Dated:

HONORABLE CHARLES R. BREYER

UNITED STATES DISTRICT JUDGE

3

No.: CV-13-3818 CRB
Stipulation and [Proposed] Order of Dismissal As To Reed's Under Fed. R. Civ. P. 41(a)